UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YALE NEW HAVEN HOSPITAL,

    Plaintiff

V.                                                                         3:18-CV-01230-JCH

ALEX M. AZAR II, Secretary,
United States Department of Health
and Human Services,

    Defendant

## JUDGMENT

This matter came on for consideration on the defendant's motion (document 38) and defendant's cross-motion for summary judgment (document 37) before the Honorable Janet C. Hall, United States District Judge.  The Court reviewed all papers filed in conjunction with the motions and on May 6, 2020, entered a ruling denying the defendant's relief and granting the plaintiff's. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered remanding the case to the Secretary for further action consistent with the ruling.

Dated at New Haven, Connecticut, this 6th day of May 2020.

                                                                          Robin D. Tabora, Clerk

                                                                          By:   /s/ Julia Reis
                                                                          Deputy Clerk

EOD: 5/6/2020